

JUNJI SUZUKI (SBN 184738)
junji@marshallsuzuki.com
TOKIKO YASUDA (SBN 257128)
tokiko@marshallsuzuki.com
MARSHALL SUZUKI LAW GROUP, LLP
230 California Street, Suite 415
San Francisco, CA 94111
Telephone: (415) 618-0090
Facsimile: (415) 618-0190
Attorneys for Izanagi Games Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

In re DMCA Subpoena to

YouTube, LLC

Case No.



**DECLARATION OF HIROYUKI NAKAJIMA**

I, Hiroyuki Nakajima, declare and testify as follows:

1.      I am an attorney duly licensed to practice law in Japan.  I represent Izanagi

Games Inc., a Japanese corporation, in the above-entitled proceeding and as such, I am

authorized and qualified to make this declaration for and on its behalf, and I make this

declaration for that reason.

2.      Izanagi Games Inc. is seeking a subpoena pursuant to 17 U.S.C. § 512(h) to

obtain information sufficient to identify the persons infringing its copyrighted works.

3.      The purpose for which this subpoena is sought is to obtain the identity of the

alleged infringers.   Such information will only be used for the purpose of protecting rights

under the Copyright Act (17 U.S.C. § 101, et seq.).

//

//

//

1      I declare under penalty of perjury under the laws of the United States of America that the

2  foregoing is true and correct.

3

4  Executed on July ___17___, 2020.

5

6                           _Hiroyuki Nakajima_

7                           Hiroyuki Nakajima
Attorney for Izanagi Games Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**In re DMCA Subpoena to YouTube, LLC**
Declaration of Hiroyuki Nakajima

3rd Floor, Tamagawa Building, 1-20,
Yotsuya, Shinjuku-ku
Tokyo, Japan 160-0004
TOKYO FLEX LAW OFFICE
Nakajima Hiroyuki, Attorney-at-Law
TEL  ＋８１－３－３３５３－３５２１
FAX  ＋８１－３－３３５６－９２２８
MAIL  nakajima@flex-law.gr.jp
Attorney for Izanagi Games Inc.

July 8,2020

**Via Email**
YouTube, LLC
Attn: Copyright Operations/ DMCA Complaints
901 Cherry Ave
San Bruno, CA  94066
Phone: 650-214-3010
Email: copyright@youtube.com

>     RE:   *NOTIFICATION OF COPYRIGHT INFRINGEMENT*
>            (Pursuant to 17 U.S.C. § 512)

To whom it may concern:

I represent Izanagi Games Inc., a Japanese corporation (hereinafter called "Izanagi Games"), the representative of the two individual authors of the copyrighted works identified under the column entitled "Original Work" in Exhibit A attached to this notice ("Exhibit A").

It has recently come to Izanagi Games's attention that certain users of your services have unlawfully published and posted certain contents on your website located at www.youtube.com, more specifically identified under the column entitled "Infringing Work" in Exhibit A (referred to as the "Infringing Work"), corresponding to each of the Original Work identified in Exhibit A.

Izanagi Games has a good faith belief that the Infringing Work is not authorized by the copyright owner, its agent, or the law.

We demand that you immediately disable access to the Infringing Work and cease any use, reproduction, and distribution of the Original Work.  Specifically, we request that you remove or disable the Infringing Work from www.youtube.com and/or any of your

YouTube, LLC
July 8, 2020
Page 2 of 3

system or services.

      We also request a written assurance that you have fully complied with our request.

      I declare that the information in this notice is accurate, and under penalty of perjury, that Shogakukan and I are authorized to act on behalf of the owner of the exclusive right of the Original Work that is infringed.

      Your immediate response will be appreciated.

      Very truly yours,

      Hiroyuki Nakajima
      Attorney at Law

Youtube,LLC
July 8,2020
Page3 of 3

Exhibit A.

| | Title of Original Work | Author of Original Work | Original Work | Infringing Work | Title |
|---|---|---|---|---|---|
| 1 | Death come true | Izanagi Games Inc. | https://deathcometrue.com/ | https://www.youtube.com/watch?v=rSguVh2itS8 | デス |
| 2 | Death come true | Izanagi Games Inc. | https://deathcometrue.com/ | https://www.youtube.com/watch?v=gtei0bBJQEs | Gam "18+ TRU |